NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ANDRADE, | ) | No. C 02-4019 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| CORRECTIONAL OFFICER GONZALEZ, et. al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in the Eastern District of California against prison employees at the Correctional Training Facility in Soledad, California. The instant case was transferred to this Court from the Eastern District in 2002. The Court initially ordered Plaintiff to file a notice of his current address and whether he wished to continue to pursue the claims set forth in his complaint. Thereafter, Plaintiff filed a notice of intent to prosecute.

On April 27, 2007, the Court dismissed Plaintiff's Eighth Amendment claims and ordered service of the complaint as to the remaining claims on the named Defendants. On May 15, 2007, the Court's order was returned by mail as unable to forward, with no forwarding address on file for Plaintiff.

Order of Dismissal
P:\pro-se\sj.jf\cr.02\Andrade019dis            1

1  On May 11, 2007, a Court order regarding electronic filing in cases with unrepresented parties
2  was mailed to Plaintiff's current address.  On May 30, 2007, the order was returned by mail as
3  unable to forward, with no forwarding address for Plaintiff.  The Court notes that Plaintiff has
4  not communicated with the Court since June 2005.  Accordingly, Plaintiff's complaint is hereby
5  dismissed for his failure to keep the Court apprised of his current address pursuant to Civil Local
6  Rule 3-11(b) and for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

7       IT IS SO ORDERED.
8  DATED: _7/25/07_____

                                           _____
                                           JEREMY FOGEL
9                                          United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Jose Andrade
   P.O. Box 1385
   Freedom, CA  95019
4

5  Constance L. Picciano
   California Attorney General's Office
6  P.O. Box 944255
   1300 I Street, Suite 125
7  Sacramento, CA  94244-2550

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\cr.02\Andrade019dis            3